## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**CONVEY CARGO INC.**
**D/B/A AMIR LOGISTICS LLC,** *et al.*

                                    **Civil Action No.: 1:23-cv-15295**

      **Plaintiffs,**

                                      **Judge Sara Ellis**

      **v.**

**SUPER EGO HOLDING, LLC,**

      **Defendant.**

### NOTICE OF MOTION

To:    Kent L Greenberg
        Law Offices of Kent L Greenberg PA
        10995 Owings Mills Blvd, Ste. 208
        Owings Mills, MD 21117
        Email: Kent@klgreenberg.com

      **PLEASE TAKE NOTICE** that on **Tuesday, December 12, 2023, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara Ellis, or any judge sitting in her stead, in Courtroom 1403 of the Evett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and then and there present **Defendant's Motion for Leave to Substitute Counsel**. Attorneys/Parties should appear for the hearing by calling the Toll-Free Number: (866) 434-5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking.

Dated:  December 1, 2023               Respectfully submitted,

                                                **Super Ego Holding, LLC**

                                        /s/ Paul A. Del Aguila
                                        Paul A. Del Aguila (6277356)
                                        **BENESCH, FRIEDLANDER, COPLAN**
                                         **& ARONOFF LLP**
                                        71 S. Wacker Drive, Suite 1600
                                        Chicago, Illinois 60606-2211
                                        P: 312.212.4982
                                        F: 312.767.9192

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Paul A. Del Aguila*