# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONVEY CARGO, INC.**<br>**D/B/A AMIR LOGISTICS LLC,** *et al.*<br><br>  Plaintiffs,<br><br>  v.<br><br>**SUPER EGO HOLDING, LLC,**<br><br>  **Defendant.** | **Civil Action No.: 1:23-cv-15295**<br><br>**Judge Sara Ellis** |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Convey Cargo, Inc. d/b/a Amir Logistics LLC, Abidova Farida, and Azizjon Abidov ("Plaintiffs") and Defendant Super Ego Holding, LLC ("Defendant") agree and stipulate that all claims of Plaintiffs against Defendant are hereby dismissed with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

  Respectfully submitted,

Kent L. Greenberg
Law Offices of Kent L. Greenberg PA
10995 Owings Mills Blvd. Suite 208
Owings Mills, Maryland 21117
kent@klgreenberg.com
P: 410.363.1020
F: 410.363.1022
*Counsel for Plaintiffs*

Paul A. Del Aguila (6277356)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606-2211
pdelaguila@beneschlaw.com
P: 312.212.4982
F: 312.767.9192
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Stipulated Notice of Dismissal was electronically filed this 4th day of December 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

_____
Kent L. Greenberg, Esq.
*Counsel for Plaintiffs*